# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **CLYDE MATTHEW TROSCLAIR** | **CIVIL ACTION** |
| **VERSUS** | **NO. 12-2958** |
| **N. BURL CAIN** | **SECTION "E"(2)** |

## ORDER

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the petitioner's objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Accordingly,

**IT IS ORDERED** that the petition of Clyde Matthew Trosclair for issuance of a writ of habeas corpus under 28 U.S.C. § 2254 be **DENIED** and **DISMISSED WITH PREJUDICE**.

New Orleans, Louisiana, this __2nd__ day of _____September_____, 2014.

_____
**SUSIE MORGAN**
**UNITED STATES DISTRICT JUDGE**